Exhibit A to the Complaint

**Location:** Philadelphia, PA  
**Total Works Infringed:** 92

**IP Address:** 73.141.171.208  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 10-28-2022 15:15:25 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 2 | Info Hash: 2C3887CBB67C1F2D88B12F826755327F35391D5F<br>File Hash:<br>3C521F79ECC91D1650AC04E913CA71DA7F0021D6F86E43D8B72438228247EF9A | 10-28-2022 15:01:44 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 3 | Info Hash: 1033E650C7CD1F17943A64DB30C19104B0DC872F<br>File Hash:<br>0E71A89ED25D2A6D6D9412A077BF1891231D94BCA133846D1B0EA28A96CFC9E7 | 10-28-2022 15:01:40 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 4 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash:<br>39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 09-12-2022 03:00:55 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 5 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash:<br>38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 09-11-2022 23:42:44 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 6 | Info Hash: AA4B262A5A581CFC807BAD5A6071241389440C43<br>File Hash:<br>8D4B18B113F507D7A6C40F7E81FAF66DA52C0DA76D98301A27AA886B0133A17F | 09-10-2022 23:47:53 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 7 | Info Hash: 0EA70C4136D3ED3CC3474160F6A54DA00DA9B732<br>File Hash:<br>5F1E4B5ABBFC4A0B2DD7F46C6414E6B062EDE9E7ECD07E28F56F480D37FB20A6 | 09-10-2022 23:47:23 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 8 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash:<br>3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 09-10-2022 23:47:01 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 9 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash:<br>82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 09-10-2022 23:43:45 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 10 | Info Hash: CD90EE6F184DAEECE79BE0CF80AB33A50847D691<br>File Hash:<br>9F6EFDCD4FBFD45C2542295349DCCEA4B058323C05F1D297B773654EC5A01CD1 | 09-10-2022 23:42:50 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 11 | Info Hash: EF805B2D1EBB4B6646CC4D55C927F75BA9C0615D<br>File Hash:<br>784BFE75D283C783F7044A0A1255798721F20E721F81B7A552B9396BD16747CB | 09-10-2022 23:42:49 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash:<br>75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 09-10-2022<br>23:42:49 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 13 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash:<br>4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 09-10-2022<br>02:06:40 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 14 | Info Hash: 5D6C222C7939BB472D2C17A576870BE41E3BA41A<br>File Hash:<br>07CD08853509425695D1A58E8EFE197F370C1E8F0AA9A1A2F25C044451D78501 | 09-10-2022<br>02:05:29 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 15 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash:<br>A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 09-10-2022<br>02:03:58 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 16 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09-10-2022<br>02:03:50 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 17 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash:<br>A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 09-10-2022<br>02:03:50 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 18 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash:<br>C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 09-09-2022<br>20:19:32 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 19 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash:<br>6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 09-09-2022<br>20:19:04 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 20 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash:<br>E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 09-09-2022<br>20:17:29 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 21 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash:<br>EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 09-09-2022<br>20:17:26 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 22 | Info Hash: 1A834E3DD1093049BAF026D39D07F035E90563D4<br>File Hash:<br>AA16A2FC62F5BC72B7D9DB8BC7CB78D2016D709E1656DDACDB51F2988ABD70B6 | 09-09-2022<br>20:16:14 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 23 | Info Hash: C4A62B04E3B6453DE67731943CA7677F61A6D71F<br>File Hash:<br>88B6AAAC0B76E6D58B2DEB1D0607447A935DB6CFA242CC101EB5322CB0FBFC8D | 09-09-2022<br>20:16:00 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E<br>File Hash: C88CE55D4CA442C9F66D7DA0732C0FCBEECEEBB72667F2A8722F0DE553A7990D | 09-09-2022 20:14:16 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 25 | Info Hash: 75FC3DAAA29EAB6E8DBFFAC60202C178B6FFEC40<br>File Hash: 2E1AFE54A00CA51231905F46DB377AB5DC9912A59804A27F71D87D48877B6901 | 09-09-2022 20:13:03 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 26 | Info Hash: ADE1368B6E46C601134E08553491193B57B6B7C9<br>File Hash: 481F4BE981A0A5960E759061C38161B9E367F1F39B9E2963049E34E0F9209B62 | 09-09-2022 20:12:58 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |
| 27 | Info Hash: 84B5ED39BB7D9B21873783ED628C76037D90E13A<br>File Hash: 98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 09-09-2022 20:12:15 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 28 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 09-09-2022 20:12:10 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 29 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 09-09-2022 20:12:10 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 30 | Info Hash: 5D85B54E88501460021218E73ADF8CA4F8AFE7A1<br>File Hash: 30BF3FEF967BAE0C0F46320AE194FE6F5BD921ED5A50F5C612C13D90CA73E6A4 | 09-09-2022 20:12:06 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 31 | Info Hash: CCD3E9BFD29825FB49D93C0F12AC6A7AF2ECAC39<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 09-09-2022 20:12:06 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 32 | Info Hash: DDB97AB2B64DB4129467BCB806A761FA9620A72E<br>File Hash: 1F2953705E91D97542F7E6618EA411F0538BAF5D736108E277879C3C8FC792CA | 09-09-2022 20:12:06 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 33 | Info Hash: 78C873501492EA619643DAB5B1D72441BE7DD47E<br>File Hash: 1E7AB500DC527AC7285E0A175234CE7AEC371738FE5B197672CBB98603C79134 | 09-09-2022 16:11:30 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 34 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash: C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 09-09-2022 16:11:14 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 35 | Info Hash: E0E69FB2100F4E3DE2097C2F91B3D2021A2ECD1A<br>File Hash: D8503E1A7C9D25A4093AECA9CC8E9C61481BB75D3938E2F0CA0BC2787CD34C60 | 09-09-2022 16:11:12 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DA9FC5624A00B5B18BEFBCF28AB66119198189DD<br>File Hash: A790D67972270A9C923425B5B622571F18871C5E7F96E96867150001EDD3B377 | 09-09-2022 16:11:03 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 37 | Info Hash: A66737A2C0C052A322F7121CB249A59EEBB0E177<br>File Hash: 558DA8F10F05218293F987B318E413D73681888BC53AF9C5FF679D509FF7AF83 | 09-09-2022 16:10:53 | Blacked | 05-30-2017 | 06-22-2017 | PA0002039295 |
| 38 | Info Hash: 3E087C247ADAF7F82524E618864218570F120DEC<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 09-09-2022 16:10:42 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 39 | Info Hash: 253B043AF3C512A6D77D50297F70550D91C0D733<br>File Hash: 92DB921266741302563173967979980F856FDD80CA53D09C27DDBF0ED6E827C6A | 09-09-2022 16:10:12 | Blacked Raw | 11-18-2017 | 01-02-2018 | PA0002068867 |
| 40 | Info Hash: 915E67F728B3E924E28B40743321B2F1C9850FCE<br>File Hash: 7AEF308DB4A0E84D1537F4A6FC2924AF51BEF18725BA1E6BABD46CFA34C28050 | 09-09-2022 16:10:12 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |
| 41 | Info Hash: 2B47AB1AC715202A682205DE2386E9131256D398<br>File Hash: 0EEE2F09CC14982FAD75DF20B02318B6C7DAF517D45ECB63ADF3B8B54CCB7A23 | 09-09-2022 16:10:11 | Blacked | 01-25-2018 | 03-02-2018 | PA0002104748 |
| 42 | Info Hash: 35FC391D7869DA183CB119D3D676978EC11ADDB9<br>File Hash: BE7FA0E9046E5052989B028E082C94C5A4FB9F7076FEEE4A70FB899BE57B1707 | 09-09-2022 16:10:09 | Blacked Raw | 12-13-2017 | 01-02-2018 | PA0002097434 |
| 43 | Info Hash: 341F22B7BE664B8541902936883E532C0C726ECE<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 09-09-2022 16:09:44 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 44 | Info Hash: 47C852C286A67168C41B757DFADA50B8E155D349<br>File Hash: 129C3F9B945C448CB3027FCB3A15B2DCFB2D71FC519B9E8093F378D559E6BFD2 | 09-09-2022 16:09:42 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 45 | Info Hash: D44B1C67E38544E35209751875824C664576DFEC<br>File Hash: 42EB73CC4C47924EBDC996A98417BD35748D69DBFE6C276259BC1A5FC4EA54B8 | 09-09-2022 16:09:41 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 46 | Info Hash: 1A4E0BEB77D98B9DBC12A04631196322024B9055<br>File Hash: 08E2DC054D4CDF5C8366E89D455C9E472AD3AC5DD2F25E4F5B2156EFD598D312 | 09-09-2022 16:09:38 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 47 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 09-09-2022 16:09:38 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9<br>File Hash: 77A22F4BCC03C668ADEC31A136250658913A835D98743A4130ED9B6454501909 | 09-09-2022 16:09:11 | Blacked Raw | 06-06-2018 | 07-14-2018 | PA0002128447 |
| 49 | Info Hash: 3D053805CCD7FD3E623BC505E427299B900CCC27<br>File Hash: 74E4604D07BC40B6231CC7537ED8F323923AF44FDAC1EBEA201657537C33BB87 | 09-09-2022 16:09:11 | Blacked Raw | 05-02-2018 | 06-19-2018 | PA0002126647 |
| 50 | Info Hash: A03070E2C047CE940DD56CB9BEE91831A1C6C094<br>File Hash: F34A0453DC1A135DD6269A22BD1DEC952B15DB34964CB49EF25E5C0E66F57423 | 09-09-2022 16:09:06 | Blacked Raw | 01-07-2018 | 01-24-2018 | PA0002101759 |
| 51 | Info Hash: E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF<br>File Hash: C39179CF7BCDC0DE34348557BD438568B7595E3363A8200B4CA22D66151D7633 | 09-09-2022 16:09:06 | Blacked | 04-15-2019 | 05-11-2019 | PA0002173886 |
| 52 | Info Hash: E75DBA0655ED0539A3E3C83394A5A123D8198889<br>File Hash: 18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A26417584F1BFE7A035F9240407 | 09-09-2022 16:08:38 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 53 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash: DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 09-09-2022 16:08:35 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 54 | Info Hash: 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896<br>File Hash: 804F1AE244776DEC27F02F0ED2BFA98E5E1831177808B3F2B9913D7302EEF4A9 | 09-09-2022 16:08:35 | Vixen | 10-21-2018 | 11-25-2018 | PA0002136633 |
| 55 | Info Hash: 0739ED4ED4585EA4AC5CD74CD4AE6287B6AE8D26<br>File Hash: A24B8FE396EF28AA27CAE4B6D3731651560F805C475FA7798C5D492E85381998 | 09-09-2022 16:08:13 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 56 | Info Hash: 901D0D8A90F8257E9DA467449807DEA9D71D68E1<br>File Hash: 4DF69A216C5F16C55023C1D591F7DB2AA2AFAEB1960728EC6B75C9CD50E8FA51 | 09-09-2022 16:08:09 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 57 | Info Hash: 4BC88CE75F516411A03F0D4908F70299E6EA5B8F<br>File Hash: 113D6680B4E1CA5B0C7C2750EED2410FCAC42C43DBE8EDEB56D2D2FC4B3BA8DE | 09-09-2022 16:08:09 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 58 | Info Hash: 2CB43429526775645D5837FE2C63CFFB1B0D2802<br>File Hash: EB2B5C92F269F5EA20F2A1DBD939200B14E14F55045A50A115DD1760BBCFDE20 | 09-09-2022 16:08:04 | Vixen | 10-31-2017 | 12-05-2017 | PA0002097990 |
| 59 | Info Hash: 9BA1269B45787FD02E20AA98D7647EF13B0E999D<br>File Hash: B1AB2B8FBFC38E832F6DF27B8C68863878B07133233E6E7376B5EBB65BD36D83 | 09-09-2022 16:07:51 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 09-09-2022 16:07:51 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 61 | Info Hash: 36236DF80E3789C32873A3E74D3DCB69631784C2<br>File Hash: 708063990182E56298A47B688B4698CA2EE25DB127EAC494D09B1B5008E0E7AC | 09-09-2022 16:07:50 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 62 | Info Hash: 00C636D16E72BBAAD14A0BC8284F487225DF51A4<br>File Hash: 877D0C18891243E33B66AA18ED479D27D8386F83F38C8FE709A1EF43D9C06E7F | 09-09-2022 16:07:49 | Blacked Raw | 11-13-2017 | 11-30-2017 | PA0002098039 |
| 63 | Info Hash: 9B32C237FB9C74E2F5E8EEBBA28F49B1FE10CA90<br>File Hash: 6BCDFC963FAF8935F32565D47372F8DFE930010BCC4D75B0461934290D328176 | 09-09-2022 16:07:49 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 64 | Info Hash: ED3D79FFE111C98B93B1C7BC0BD85679C7021253<br>File Hash: 472B68F43EA56A2FE0F1709D547711545BEC79F0680D2718F683FF85D34052AE | 09-09-2022 16:07:49 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 65 | Info Hash: E3F0FF78EAEEB2558ADCB68ACF778838B342BE38<br>File Hash: A1304922349D3DDEA59E77534DE42265DEDF7BB981BA11030BA35B0BF04A3BF9 | 09-09-2022 16:07:49 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 66 | Info Hash: D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA<br>File Hash: B1A9B067D965F663167F374E2A324CC6DF97235052305D2DF8D2BFA75A6CE26A | 09-09-2022 16:07:47 | Blacked | 06-24-2017 | 07-07-2017 | PA0002070822 |
| 67 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 09-09-2022 16:07:47 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 68 | Info Hash: 3C72D07058E677B6A9B86F34DD722A857A499D05<br>File Hash: A3CCA61F86B1BF1F197A082657DAD2A213C22B02EEBBBBDD1528FE9C36B074B4 | 09-09-2022 16:07:47 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 69 | Info Hash: 28F94F30A942C1A433243BEF5077E036528DDAF8<br>File Hash: 9DB60297590CCEF74FAC47DFC5C24C06D8EB699EF55819D09377E8E8BAB7D3EA | 09-09-2022 16:07:46 | Blacked Raw | 11-08-2017 | 12-04-2017 | PA0002097993 |
| 70 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash: 4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 09-09-2022 16:07:45 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 71 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 09-09-2022 00:38:56 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: E009A3989A16D4B21485C808FA12EEFECDE89D82<br>File Hash: DEC7670E3B35B5B2B8ED37BC756A7864B91505921B6E2D5B73A5C04ED6E55DE0 | 09-09-2022 00:38:32 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 73 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash: 85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 09-09-2022 00:38:04 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 74 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 09-09-2022 00:38:02 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 75 | Info Hash: D2800C63D5D59EA36749885A2DC3571BD08E27E5<br>File Hash: 3551F03F8385F63900B67FFAC1062B41893CB0AF51D018CCFD89F9A1082ADA28 | 09-09-2022 00:38:02 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 76 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 09-09-2022 00:38:01 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 77 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 09-09-2022 00:37:30 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 78 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 09-09-2022 00:37:29 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 79 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 09-09-2022 00:36:59 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 80 | Info Hash: 7905AE4A925E2DBCEE94BCB7378BC386D4262FAC<br>File Hash: 6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 09-09-2022 00:36:42 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 81 | Info Hash: 8031B4A7A5CFCECBC796D4772440BFC5016C11AA<br>File Hash: 6BC6E1D6C35FB48E06C6A8D7BBF0DF2769A8B15B04C14B904550055F04219187 | 09-09-2022 00:36:01 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 82 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 09-09-2022 00:35:59 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 83 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 09-09-2022 00:35:59 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 09-09-2022 00:35:58 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 85 | Info Hash: 131B196A325FE2D3F47B2B40BD903DC51C1C77D9<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 09-09-2022 00:34:20 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 86 | Info Hash: FD302EB7A94FE59311ACBF3DD2E71DE4E539FFF6<br>File Hash: 9DB4747FDE700FDA1C521402D3098222389CEA4F5FEC86F057487D3C3D8E289D | 09-09-2022 00:34:20 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 87 | Info Hash: 8826E71871E37E356295FBF53B590C26ADDA74F0<br>File Hash: 7CD2A77B607E0C0EDF938DBB63C74078D3BB871D7C2F5CB52596AC53ED4584F1 | 09-09-2022 00:34:20 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 88 | Info Hash: 86441CC132531275ADC5F894C2663FFBF17AD3D7<br>File Hash: 11372C0354842537CF5F6B3514DF13BD9F161F58C49B18117CB49560C3AD3309 | 09-09-2022 00:34:20 | Blacked Raw | 01-17-2018 | 01-24-2018 | PA0002101760 |
| 89 | Info Hash: 739EB8A76A0350F7CA58F6464551E732BCED35C1<br>File Hash: 9C6B9B36908FCF9D85FC6E69FB679F920DF5FBC01DEB1C565E84E0A9D1406806 | 09-09-2022 00:34:20 | Blacked Raw | 11-03-2017 | 12-04-2017 | PA0002098024 |
| 90 | Info Hash: DED0A19310C430066DA584DFF6FFE474EC3D7A5C<br>File Hash: B54B22924D72F6D17BE975A07CE6A6770EC4AB61310226E3AA9264D219A98C9C | 09-09-2022 00:34:13 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 91 | Info Hash: 67055D888A584AAB362852EEDA4EAB0FF65C8B28<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 09-09-2022 00:34:13 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 92 | Info Hash: 64C8E2F74916DFE85348D368C923CCC154C0DCF7<br>File Hash: 1E3C846AE396BD1A9EF16B9D40AECA859B951DF8DD8B964C7D2D0B73695A1564 | 09-09-2022 00:34:12 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |